MARIE L. FIALA (SBN 79676)
VAN SWEARINGEN (SBN 259809)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1715
Telephone: (415) 772-1200
Fax: (415) 772-7400
mfiala@sidley.com
vswearingen@sidley.com

David L. Lawson (*pro hac vice*)
Michael J. Hunseder (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
Telephone No.:  202.736.8000
Facsimile No.:  202.736.8711

Attorneys for Defendants and Counterclaimants
AT&T CORP. and BELLSOUTH LONG DISTANCE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YMAX COMMUNICATIONS, CORP.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AT&T CORP., and BELLSOUTH LONG DISTANCE, INC.<br><br>　　　　　Defendants.<br>───────────────────────<br>AT&T CORP., and BELLSOUTH LONG DISTANCE, INC.,<br><br>　　　　　Counterclaimants,<br><br>　vs.<br><br>YMAX COMMUNICATIONS, CORP.,<br><br>　　　　　Counterdefendant. | Case No.:  4:10-CV-04115-CW<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON MOTIONS**<br><br>**SCHEDULED HEARING DATE:**<br>DATE:　January 6, 2011<br>TIME:　2:00 p.m.<br>DEPT:　Courtroom 2, 4th Floor<br><br>**CONTINUED HEARING DATE:**<br>DATE:　January 13, 2011<br>TIME:　2:00 p.m.<br>DEPT:　Courtroom 2, 4th Floor |

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTIONS
CASE NO.: 4:10-CV-04115-CW

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants and Counterclaimants AT&T Corp. and Bellsouth Long Distance, Inc. ("AT&T") and Plaintiff and Counterdefendant YMAX Communications Corp. ("YMAX") hereby stipulate and effectively give notice that YMAX's Motion to Dismiss AT&T's Counterclaim, Strike AT&T's Affirmative Defenses, and for Partial Summary Judgment, and AT&T's Motion to Stay Proceedings, previously scheduled for hearing on January 6, 2011, at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612, may be continued to January 13, 2011, at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: December 8, 2010         SIDLEY AUSTIN LLP

                                By: /s/ Marie L. Fiala
                                Attorneys for Defendants and Counterclaimants
                                AT&T CORP. and BELLSOUTH LONG
                                DISTANCE, INC.

Dated: December 8, 2010         ARENT FOX LLP

                                By: /s/ Ross A. Buntrock (as auth. on 12/08/2010)
                                Attorneys for Plaintiffs and Counterdefendant
                                YMAX COMMUNICATIONS CORP.

IT IS SO ORDERED.

Dated: December 9 , 2010        _____
                                Honorable Claudia Wilken
                                United States District Judge