IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YMAX COMMUNICATIONS, CORP., | No. C 10-04115 CW |
| Plaintiff, | CASE MANAGEMENT ORDER |
| v. | |
| AT&T CORP. and BELLSOUTH LONG DISTANCE, INC., | |
| Defendants. / | |
| AT&T CORP. and BELLSOUTH LONG DISTANCE, INC., | |
| Counter-Claimants, | |
| v. | |
| YMAX COMMUNICATIONS, CORP., | |
| Counter-Defendant, / | |

    On August 31, 2011, YMAX Communications, Corp.; AT&T Corp. and BellSouth Long Distance, Inc. filed a joint status report. Having considered the report, the Court maintains the stay in this action pending the Federal Communications Commission's (FCC) decision on YMAX's petition for reconsideration of the FCC's April 8, 2011 Order. Within fourteen days of the date on which the FCC renders its decision on YMAX's petition, the parties shall advise the Court of the FCC's ruling and offer their respective suggestions as to how this case should proceed. If the FCC has not decided YMAX's petition by March 2, 2012, seven days thereafter, the parties shall file a joint report apprising the Court of the status of the FCC proceedings.

All existing case management dates will be maintained at this time.

IT IS SO ORDERED.

Dated: 9/2/2011

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge