| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
| | Mary T. Huser (SBN 136051) |
| 2 | mary.huser@bingham.com |
| | Sheila M. Pierce (SBN 232610) |
| 3 | 1117 S. California Avenue |
| | Palo Alto, CA  94304-1106 |
| 4 | sheila.pierce@bingham.com |
| | Telephone:  650.849.4400 |
| 5 | Facsimile:  650.849.4800 |
| | |
| 6 | Russell M. Blau (SBN 366697) |
| | russell.blau@bingham.com |
| 7 | 2020 K Street NW |
| | Washington, DC 20006-1806 |
| 8 | Telephone:  (202)373-6000 |
| | Facsimile:  (202) 424-7645 |
| 9 | *(pro hac vice admission pending)* |
| 10 | Attorneys for Plaintiff and Counterdefendant |
| | YMAX Communications Corp. |
| 11 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| 16 | YMAX COMMUNICATIONS CORP., | No. C 10-04115 CW |
| 17 | Plaintiff and Counterdefendant, | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF YMAX COMMUNICATIONS CORP.; [~~PROPOSED~~ ORDER] |
| | v. | |
| 18 | AT&T Corp. and BELLSOUTH LONG DISTANCE, INC., | |
| 19 | | |
| 20 | Defendant and Counterclaimant. | |

PLEASE TAKE NOTICE that Plaintiff YMAX Communications Corp. has retained Bingham McCutchen LLP to substitute as counsel for Kelley Drye White O'Connor in the above-captioned matter.

---

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF YMAX COMMUNICATIONS CORP.; [~~PROPOSED~~ ORDER] C 10-04115 CW

1     Withdrawing counsel for Plaintiff YMAX Communications Corp are:

2     Keri Campbell
Kelley Drye White O'Connor
3     10100 Santa Monica Blvd.
Suite 2300
4     Los Angeles, California  90067
(312) 716-6100
5     KCampbell@kelleydrye.com

6     All future pleadings, orders, notices and communications should be served upon

7 the following substituted counsel for YMAX Communications Corp.:

8     Mary T. Huser
Bingham McCutchen LLP
9     1117 S. California Ave.
Palo Alto, CA  94304
10     (650) 849-4400
mary.huser@bingham.com
11

    Sheila M. Pierce
12     1117 S. California Ave.
Palo Alto, CA  94304
13     (650) 849-4400
sheila.pierce@bingham.com
14

    Russell M. Blau
15     Bingham McCutchen LLP
2020 K Street NW
16     Washington, DC 20006-1806
(202) 373-6000
17     russell.blau@bingham.com

18     The undersigned parties consent to the above withdrawal and substitution of

19 counsel.

20 DATED:  March 21, 2012     YMAX Communications Corp.

21     By:___/s/ Peter Russo_____

22     Its:   Chief Financial Officer

23 DATED:  March 21, 2012     Kelley Drye White O'Connor

24     By:_____/s/ Keri Campbell_____

25

26 DATED:  March 21, 2012     Bingham McCutchen LLP

27     By:_____/s/ Sheila M. Pierce_____
    Sheila M. Pierce
28

1

**ORDER**

2

3
The above withdrawal and substitution of counsel is approved and so ORDERED.

4
DATED: ___March 27___, 2012                    _____

5
                                                The Honorable Claudia Wilken
                                                UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF YMAX
COMMUNICATIONS CORP.; [PROPOSED ORDER] C 10-04115 CW

**CERTIFICATION BY SHEILA M. PIERCE PURSUANT TO GENERAL ORDER NO. 45, SECTION X.B RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

DATED: March 21 2012       Bingham McCutchen LLP

By: _____/s/ Sheila M. Pierce_____
      Sheila M Pierce

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF YMAX COMMUNICATIONS CORP.; [PROPOSED ORDER] C 10-04115 CW