| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | Mary T. Huser (SBN 136051) |
| 2 | mary.huser@bingham.com |
|   | Sheila M. Pierce (SBN 232610) |
| 3 | 1117 S. California Avenue |
|   | Palo Alto, CA 94304-1106 |
| 4 | sheila.pierce@bingham.com |
|   | Telephone: 650.849.4400 |
| 5 | Facsimile: 650.849.4800 |
| 6 | Russell M. Blau (SBN 366697) |
|   | russell.blau@bingham.com |
| 7 | 2020 K Street NW |
|   | Washington, DC 20006-1806 |
| 8 | Telephone: (202)373-6000 |
|   | Facsimile: (202) 424-7645 |
| 9 | *(pro hac vice admission pending)* |
| 10 | Attorneys for Plaintiff and Counterdefendant |
|    | YMAX Communications Corp. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YMAX COMMUNICATIONS CORP., | No. C 10-04115 CW |
| Plaintiff and Counterdefendant, | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF YMAX COMMUNICATIONS CORP.; [~~PROPOSED~~ ORDER] |
| v. | |
| AT&T Corp. and BELLSOUTH LONG DISTANCE, INC., | |
| Defendant and Counterclaimant. | |

PLEASE TAKE NOTICE that Plaintiff YMAX Communications Corp. has retained Bingham McCutchen LLP to substitute as counsel for Kelley Drye White O'Connor in the above-captioned matter.

1  Withdrawing counsel for Plaintiff YMAX Communications Corp are:

2  Keri Campbell
3  Kelley Drye White O'Connor
   10100 Santa Monica Blvd.
   Suite 2300
4  Los Angeles, California  90067
   (312) 716-6100
5  KCampbell@kelleydrye.com

6  All future pleadings, orders, notices and communications should be served upon
7  the following substituted counsel for YMAX Communications Corp.:

8  Mary T. Huser
   Bingham McCutchen LLP
9  1117 S. California Ave.
   Palo Alto, CA  94304
10 (650) 849-4400
   mary.huser@bingham.com
11
   Sheila M. Pierce
12 1117 S. California Ave.
   Palo Alto, CA  94304
13 (650) 849-4400
   sheila.pierce@bingham.com
14
   Russell M. Blau
15 Bingham McCutchen LLP
   2020 K Street NW
16 Washington, DC 20006-1806
   (202) 373-6000
17 russell.blau@bingham.com

18  The undersigned parties consent to the above withdrawal and substitution of
19  counsel.

20  DATED:  March 21, 2012          YMAX Communications Corp.

21                                  By:___/s/ Peter Russo_____

22                                  Its:  Chief Financial Officer

23  DATED:  March 21, 2012          Kelley Drye White O'Connor

24                                  By:_____/s/ Keri Campbell_____

25

26  DATED:  March 21, 2012          Bingham McCutchen LLP

27                                  By:_____/s/ Sheila M. Pierce_____
                                          Sheila M. Pierce
28

2

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF YMAX
COMMUNICATIONS CORP.; [~~PROPOSED~~ ORDER] C 10-04115 CW

1 **<u>ORDER</u>**

2  The above withdrawal and substitution of counsel is approved and so ORDERED.

3

4  DATED: ____March 27____, 2012     _____
5                                           The Honorable Claudia Wilken
                                          UNITED STATES DISTRICT COURT JUDGE

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | **CERTIFICATION BY SHEILA M. PIERCE PURSUANT TO GENERAL ORDER NO. 45, SECTION X.B RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES** |
| 2 | |
| 3 | I hereby attest that I have on file all holograph signatures for any signatures |
| 4 | indicated by a "conformed" signature (/S/) within this efiled document. |
| 5 | DATED:  March 21 2012        Bingham McCutchen LLP |
| 6 | By: _____/s/ Sheila M. Pierce_____ |
| 7 | Sheila M Pierce |

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF YMAX COMMUNICATIONS CORP.; [PROPOSED ORDER] C 10-04115 CW