1  BINGHAM MCCUTCHEN LLP
   Sheila M. Pierce (SBN 232610)
2  1117 S. California Avenue
3  Palo Alto, CA 94304-1106
   sheila.pierce@bingham.com
4  Telephone: 650.849.4400
   Facsimile: 650.849.4800
5
   BINGHAM MCCUTCHEN LLP
6  Russell M. Blau (SBN 366697)
   russell.blau@bingham.com
7  2020 K Street NW
   Washington, DC 20006-1806
8  (admitted *pro hac vice*)
9
   *Attorneys for Plaintiff and Counterdefendant*
10 YMax Communications Corp.

11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA
13                    OAKLAND DIVISION

14 YMAX COMMUNICATIONS                | Case No. 4:10-CV-04115-CW
15 CORP.,                              |
                                       | [PROPOSED] ORDER GRANTING
16        Plaintiff and Counterdefendant, | YMAX'S MOTION FOR LEAVE TO
17     v.                              | FILE SUPPLEMENTAL
                                       | AUTHORITY
18 AT&T CORP. AND BELLSOUTH LONG       |
   DISTANCE, INC.,                     |
19                                     |
        Defendant and Counterclaimants. |
20

[PROPOSED] ORDER, Case No. 4:10-CV-04115-CW

1     Now before the Court is YMax Communications, Corp.'s Motion for Leave To File
2 Supplemental Authority. The Court having read YMax'x Motion and good cause appearing,
3 hereby GRANTS YMax Communications' MOTION FOR LEAVE TO FILE SUPPLE-
4 MENTAL AUTHORITY.
5
6     **IT IS SO ORDERED**
7 DATED: _4/4/2013_      _____
                                              Honorable Claudia Wilken
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28