BINGHAM MCCUTCHEN LLP
Sheila M. Pierce (SBN 232610)
1117 S. California Avenue
Palo Alto, CA 94304-1106
sheila.pierce@bingham.com
Telephone: 650.849.4400
Facsimile: 650.849.4800

BINGHAM MCCUTCHEN LLP
Russell M. Blau (SBN 366697)
russell.blau@bingham.com
2020 K Street NW
Washington, DC 20006-1806
(admitted *pro hac vice*)

*Attorneys for Plaintiff and Counterdefendant*
YMax Communications Corp.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| YMAX COMMUNICATIONS CORP.,<br><br>        Plaintiff and Counterdefendant,<br>v.<br><br>AT&T CORP. AND BELLSOUTH LONG DISTANCE, INC.,<br><br>        Defendant and Counterclaimants. | Case No. 4:10-CV-04115-CW<br><br>[PROPOSED] ORDER GRANTING YMAX'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY |

1  Now before the Court is YMax Communications, Corp.'s Motion for Leave To File
2  Supplemental Authority.  The Court having read YMax'x Motion and good cause appearing,
3  hereby GRANTS YMax Communications' MOTION FOR LEAVE TO FILE SUPPLE-
4  MENTAL AUTHORITY.

6  **IT IS SO ORDERED**
7  DATED:  4/4/2013            _Claudia Wilken_____
8                              Honorable Claudia Wilken