IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YMAX COMMUNICATIONS CORP.,

    Plaintiff and Counterdefendant,

    v.

AT&T CORP. AND BELLSOUTH LONG DISTANCE, INC.,

    Defendants and Counterclaimants.

_____    _____/

No. C 10-4115 CW

ORDER DISMISSING CASE WITH PREJUDICE

    The parties in this case have filed a stipulation of dismissal with prejudice.  Accordingly, the Court orders that this action is dismissed with prejudice.  The Clerk shall enter a separate judgment.  Each party shall bear its own costs of suit.

    IT IS SO ORDERED.


Dated: 7/3/2013

CLAUDIA WILKEN
United States District Judge